UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HALL, | Case No. 2:25-cv-2863-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Plaintiff has filed a complaint together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed *in forma pauperis* on the form used by this district. Accordingly, plaintiff's application will be denied without prejudice, and plaintiff will be provided the opportunity to submit an application on the appropriate form.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, ECF No. 2, is DENIED without prejudice.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

3. Plaintiff shall submit, within thirty days from the date of this order, either the $405 filing fee or a completed application to proceed *in forma pauperis*.

4. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: October 10, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2