UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HALL, | Case No. 2:25-cv-2863-DC-JDP (PS) |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| STATE OF CALIFORNIA, | |
| Defendant. | |

On October 10, 2025, I denied plaintiff's application to proceed *in forma pauperis* without prejudice and ordered him to either file a new application on the form used by this district or pay the $405 filing fee. ECF No. 3. Plaintiff failed to comply with that order. Accordingly, on November 19, 2025, I ordered plaintiff to show cause why this action should no be dismissed for failure to either pay the filing fee or submit an application for leave to proceed *in forma pauperis*. ECF No. 4. The deadline has passed, and plaintiff has not submitted the filing fee or filed an application to proceed *in forma pauperis*.

Accordingly, it is RECOMMENDED that the Clerk of Court be directed to close this case for plaintiff's failure to pay the filing fee.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of

1

service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   December 16, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2