UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN JASON HALL, | No. 2:25-cv-02863-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| STATE OF CALIFORNIA, | (Doc. No. 5) |
| Defendant. | |

Plaintiff Jonathan Jason Hall proceeding *pro se*. filed this action against the State of California. (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 6, 2025, Plaintiff filed a request for leave to proceed *in forma pauperis*. (Doc. No. 2.) On October 10, 2025, the assigned magistrate judge ordered Plaintiff to file an application for leave to proceed *in forma pauperis* on the form used by this district or pay the required filing fee in order to proceed with this action. (Doc. No. 3.) The magistrate judge cautioned Plaintiff that failure to comply with the order would result in a recommendation that this action be dismissed without prejudice. (*Id*. at 2.) Plaintiff did not file an application for leave to proceed *in forma pauperis* on the form used by this district or pay the required filing fee.

On November 19, 2025, the magistrate judge issued an order for Plaintiff to show cause why this case should not be dismissed for failure to prosecute and comply with court orders.

1

(Doc. No. 4.) The magistrate judge provided Plaintiff with fourteen (14) days to respond to the order. (*Id*. at 2.) Plaintiff did not respond to the magistrate judge's order to show cause.

Accordingly, on December 16, 2025, the magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to Plaintiff's failure to pay the filing fee. (Doc. No. 5.) The findings and recommendations were served upon Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 1–2.) Plaintiff has not filed any objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 16, 2025 (Doc. No. 5) are ADOPTED IN FULL; and

2. The Clerk of the Court is directed to close this case for Plaintiff's failure to pay the filing fee.

IT IS SO ORDERED.

Dated:    **March 30, 2026**

Dena Coggins
United States District Judge

2